UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR THE STATE OF MISSISSIPPI
HATTIESBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel<br>SHERIE CONRAD | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NUMBER: 2:99-cv-72-GR4 |
| VERSUS | * <br> * | |
| BLUE CROSS AND BLUE SHIELD OF<br>MISSISSIPPI, A MUTUAL INSURANCE<br>COMPANY, d/b/a TRI-SPAN HEALTH<br>SERVICES | * <br> * <br> * <br> * | <br><br><br>JURY TRIAL REQUESTED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RELATOR'S PROPOSED JUROR QUESTIONNAIRE**

NOW INTO COURT, through undersigned counsel, comes relator, Sherie Conrad, who respectfully requests that this Honorable Court submit the following questions to prospective jurors well in advance of the trial on the merits.

General Questions
PLEASE PRINT ALL ANSWERS LEGIBLY

FULL NAME:_____

1. Date and place of birth: _____

2. Area, neighborhood, or community in this county where you currently live (do not give your address):
   _____
   _____

   ❏ house ❏ apartment ❏ own ❏ rent

3. Area, neighborhood, or community where you have lived in the past 10 years (and dates):
   _____
   _____

4. **What is the highest level of education you completed?**

   ❑ grade school or less

   ❑ some high school

   ❑ other *(please explain):*
   _____
   _____

   ❑ some college
   (major):

   ❑ college graduate
   (major):

   ❑ postgraduate study
   (major):

   ❑ technical, vocational, or business school
   (major):

5. **If you plan to attend or are currently attending school, describe:**

   _____
   _____

6. **If you have taken any courses, had any training, or been employed in the insurance industry, medicine or other health care field or auditing or accounting fields, describe:**

   _____
   _____

7. **If you have taken any courses, had any training, or been employed in law or a related subject, describe:**

   _____
   _____

8. **If you have taken any courses, had any training, or been employed in law enforcement, describe:**

   _____
   _____

9. **Educational background of any other adult who lives in your home, including any degrees or certificates earned:**

   _____
   _____
   _____

10. Your present employment status *(check all that apply):*

    ❑ employed full-time   ❑ retired   ❑ unemployed ❑ looking for work
    ❑ employed part-time student ❑ homemaker

11. Your current or most recent occupation:

    _____

12. Name of your current or most recent employer or, if a student, your school:

    _____
    _____

13. What are your specific duties and responsibilities on the job?

    _____
    _____

14. Does your job involve supervising other people? ❑ yes ❑ no
    If yes, approximately how many? _____

15. Are you involved in the hiring or firing of other employees? ❑ yes ❑ no

16. Are you involved in evaluating the job performance of other employees? ❑ yes ❑ no

17. All other employment you have had (and for how long):

    _____
    _____
    _____

18. All full-time employment of your spouse or any person with whom you have a significant personal relationship (and for how long):

    _____
    _____
    _____

19. What are/were the occupations of your parents? (if retired, what did they do before?)

**Mother:** _____

**Father:** _____

20. If you have children, please list (includng any children who do not currently live with you):

| Sex | Age | Does child live with you? | Education | Occupation |
|-----|-----|---------------------------|-----------|------------|
| ___ | ___ | _____ | _____ | _____ |
| ___ | ___ | _____ | _____ | _____ |
| ___ | ___ | _____ | _____ | _____ |

21. If you or your current spouse or person with whom you have a significant personal relationship has ever served in the military, please list for each the branch of service and dates of service:

_____
_____

22. What social, civic, professional, trade, or other organizations are you affiliated with?

_____
_____

23. Describe any offices you have held in organizations listed above:

_____
_____

24. Do you know anyone on this jury panel?

_____
_____

25. On how many cases have you served on a jury?

Where did you serve on a jury? _____

What kinds of cases did you hear while serving on a jury?

_____
_____

In how many of those cases did the jury reach a verdict? _____

In how many of those cases did you serve as the jury foreperson? _____

Was your jury service a positive or negative experience?

_____

26.  If you have ever been to court for any other reason (excluding divorce), explain:

_____
_____

27.  If you personally know any judges or attorneys or court personnel, what are their names and relationship to you?

_____
_____

28.  Describe any problems (vision, hearing, or other medical problems) that may affect your jury service:

_____
_____

29.  If you or anyone close to you has ever made any type of claim for damages, explain:

_____
_____
_____

30.  If a claim for money damages has ever been made against you or anyone close to you, explain the circumstances:

_____
_____

31.  If you or anyone close to you has ever sued or been sued in any type of lawsuit, explain:

_____
_____

32.  Do you feel that money damages awarded in lawsuits are *(check one)*:

   ❏ excessive              ❏ occasionally too low
   ❏ often too large        ❏ often too low
   ❏ about right            ❏ other *(specify):*

33. If you have any ethical, religious, political, or other beliefs that may prevent you from serving as a juror, explain:

_____
_____
_____

34. If there is any matter not covered by this questionnaire that could affect your ability to be a fair and impartial juror, explain:

_____
_____
_____

35. With whom do you or your family members have health insurance, homeowner's insurance, automobile insurance, and/or disability insurance:

_____
_____
_____

36. Have you or any members of your family ever worked for or had any experiences with Blue Cross Blue Shield of Mississippi or any of its affiliated companies; if so, please describe the employment and/or nature of the experience with Blue Cross Blue Shield or its affiliated companies:

_____
_____
_____
_____

Verification

I, _____, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF MISSISSIPPI THAT THE FOREGOING RESPONSES I HAVE GIVEN ON THIS JUROR QUESTIONNAIRE, AND ON ANY ATTACHED SHEETS, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____          _____
**DATE**                                **SIGNATURE**

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

_S/Jack E. Truitt_

**JACK E. TRUITT, PRO HAC VICE NO.: 45101**
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985)327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com

AND

MARK WOLFE, PRO HAC VICE NO.: 44237
**WOLFE, BEGOUN & PICK, LLC**
818 Howard Avenue, Suite 100
New Orleans, Louisiana 70113
Counsel for Sherie Conrad

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile on June 24, 2009.

_S/Jack E. Truitt_

JUROR QUESTIONNAIRE
FOR CIVIL CASES
Personal Injury Supplement

FULL NAME:_____

2.1   IF YOU OR ANYONE CLOSE TO YOU HAS EVER BEEN INVOLVED IN AN ACCIDENT IN WHICH SOMEONE WAS INJURED, EXPLAIN:

_____
_____

2.2   PLACE A CHECK MARK ON THE APPROPRIATE LINE(S) IF YOU OR ANYONE CLOSE TO YOU HAS EVER BEEN EMPLOYED IN ANY CAPACITY BY ANY OF THE FOLLOWING TYPES OF BUSINESSES:

| YOURSELF | OTHER PERSON | |
|---|---|---|
| _____ | _____ | ANY COURT IN THE STATE OF CALIFORNIA |
| _____ | _____ | ATTORNEY, LAW FIRM, OR LAW OFFICE |
| _____ | _____ | CLAIMS ADJUSTMENT, EVALUATION, REVIEW, SETTLEMENT, OR INVESTIGATION |
| _____ | _____ | ACCIDENT INVESTIGATION OR LAW ENFORCEMENT |
| _____ | _____ | DISABILITY, HEALTH, LIFE, CASUALTY, OR ACCIDENTAL INJURY BENEFITS OR PROGRAMS |
| _____ | _____ | ECONOMICS, ACTUARIAL, OR INVESTMENTS |
| _____ | _____ | HEALTH CARE DOCTOR, NURSING, HOSPITAL, DENTAL, PHYSICAL THERAPY, PHARMACY, OR ANY RELATED FIELD |

2.3   IF YOU CHECKED ANY LINE IN THE PREVIOUS QUESTION (2.2), PLEASE STATE THE RELATIONSHIP OF THAT PERSON TO YOU, THE TYPE AND DETAILS OF THAT EMPLOYMENT, AND THE YEARS OF THAT EMPLOYMENT:

_____
_____
_____

2.4  DO YOU HAVE ANY BELIEFS AGAINST AWARDING DAMAGES FOR PERSONAL INJURY, PAIN, OR SUFFERING?
❑ YES ❑ NO
IF YES, EXPLAIN:

_____
_____

2.5  DO YOU OR ANY MEMBERS OF YOUR IMMEDIATE FAMILY OR HOUSEHOLD SEE A DOCTOR OR OTHER MEDICAL PRACTITIONER REGULARLY FOR ANY CONTINUING MEDICAL PROBLEM?
❑ YES ❑ NO
IF YES, EXPLAIN:

_____
_____

**JUROR QUESTIONNAIRE**
**FOR CIVIL CASES**
**Verification**

I, _____, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF LOUISIANA THAT THE FOREGOING RESPONSES I HAVE GIVEN ON THIS JUROR QUESTIONNAIRE, AND ON ANY ATTACHED SHEETS, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____        _____
           DATE                                              SIGNATURE